AO108(2/90) Application for Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

One 2000 Jeep Cherokee Automobile,
VIN 1J4GW58N2YC241914

**APPLICATION AND AFFIDAVIT
FOR SEIZURE WARRANT**

CASE NUMBER: 05 - 0 4 4 7 M - 0 1 .

**FILED**

AUG 0 9 2005

I _____ James Smith _____ being duly sworn depose and say:

I am a(n) ___ Inspector with the Postal Inspection Service _____ and have reason to believe
that in the District of Columbia there is now certain property which is subject to forfeiture to the United States, namely
(describe the property to be seized)

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

One 2000 Jeep Cherokee Automobile,
VIN 1J4GW58N2YC241914

which is (state one or more bases for seizure under the United States Code)

subject to seizure and forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) and (C)

concerning a violation of Title _18_ United States Code, Section(s) _1344 and 1956(a)(1)(B)(i)_ . The facts to support
a finding of Probable Cause for issuance of a Seizure Warrant are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES    ☐ NO

Michael A. Humphreys
Asset Forfeiture Unit/Criminal Division
(202) 514-7065

Signature of Affiant
James Smith, Inspector
Postal Inspection Service

Sworn to before me, and subscribed in my presence

AUG 0 9 2005

Date        ALAN KAY
        U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer

at Washington, D.C.

Signature of Judicial Officer