# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

One 2000 Jeep Cherokee Automobile,
VIN 1J4GW58N2YC241914

**SEIZURE WARRANT**

CASE NUMBER: 05-0447M-01

TO: James Smith, Postal Inspector, and any Authorized Officer of the United States

Affidavit(s) having been made before me by Inspector James Smith who has reason to believe that in the District of Columbia there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

One 2000 Jeep Cherokee Automobile,
VIN 1J4GW58N2YC241914

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☑ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

AUG 09 2005  11:20 a.m.    at Washington, D. C.

Date and Time Issued
ALAN KAY
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer    Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED 8/8/05 → 8/9/05 | DATE AND TIME WARRANT EXECUTED 8/11/05 12:05 pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH Mr. Rene Ibanez |
| INVENTORY MADE IN THE PRESENCE OF Inspector Dexter | | |

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

① 2000 Grand Jeep Cherokee - Limited
  Color: Grey
  DC License Plate: CC 8815
  VIN: 1J4GW58N2YC241914

② One Key to the Vehicle

③ One Security club and Key

FILED
AUG 1 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_J.M. [signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_                                    8-12-05
U.S. Judge or U.S. Magistrate Judge              Date